| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-00053-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | RECEIVED DOCKET NUMBER *(Rec. Court)* 2:06CR128-MEF 2006 MAY 4 P 10:42 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA |

| NAME AND ADDRESS OF SUPERVISED RELEASEE **ARLEASE PREVO** | DISTRICT Southern District of Alabama | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE **Charles R. Butler, Jr.** | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/28/06 — TO 8/31/06 |

OFFENSE

18 U.S.C. Section 922(g)(3); Possession of a Firearm by a Drug User or Addict

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 10, 2006
*Date*

*[Signature]*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

21 APRIL 2006
*Effective Date*

*[Signature]*
*United States District Judge*

FILED APR 27 '06 PM 2:17 USDC ELP

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By *Carine Roberts*
Deputy Clerk
Date 5-2-06

3a

AO 245B (Rev. 12/03) Judgment in a Criminal Case:  Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

FILED OCT 7 '04 PM 4:15 USDCALS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**ARLEASE PREVO** | JUDGMENT IN A CRIMINAL CASE<br><br>CASE NUMBER: 04-00053-001<br>USM NUMBER:<br><br>Lyn Hillman<br>**Defendant's Attorney** |

**THE DEFENDANT:**

(X) pleaded guilty to count(s) _one of the indictment_ .
( ) pleaded nolo contendere to cont(s) __ which was accepted by the court.
( ) was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 18:922(g)(3) | possession of a firearm by a drug user or addict | 8/13/00 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ) The defendant has been found not guilty on count(s) __ .
(X) Count(s) _two of the indictment_ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

9/29/04
Date of Imposition of Judgment

_____
UNITED STATES DISTRICT JUDGE

10/7/04
Date

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _Ceaine Roberts_
Deputy Clerk
Date  5-2-06

Judgment 2

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **PREVO, ARLEASE**
Case Number: **04-00053-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term of** **21 MONTHS**.

( )    Special Conditions:

(X)    The court makes the following recommendations to the Bureau of Prisons: **That the defendant participate in the residential, comprehensive, substance abuse treatment program while confined.**

(X)    The defendant is remanded to the custody of the United States Marshal.

( )    The defendant shall surrender to the United States Marshal for this district:
   ( )    at _____ a.m./p.m. on _____.
   ( )    as notified by the United States Marshal.

( )    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ( )    before 2 p.m. on _____.
   ( )    as notified by the United States Marshal.
   ( )    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:
_____
_____
_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

__UNITED STATES MARSHAL__

By_____
   Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **PREVO, ARLEASE**
Case Number: **04-00053-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 YEARS**

**(X)** <u>Special Conditions:</u> **The defendant shall participate in a program of testing and treatment for substance abuse/use as directed by the probation office.**

*For offenses committed on or after September 13, 1994:* The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( )   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

( )   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)

( )   The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

**(X)   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the <u>attached page</u> (if applicable).**

---

**See Page 4 for the**
**"STANDARD CONDITIONS OF SUPERVISION"**

---

Judgment 4

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **PREVO, ARLEASE**
Case Number: **04-00053-001**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **PREVO, ARLEASE**
Case Number: **04-00053-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | **$100.00** | **$0.00** | **$0.00** |

( )  The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)** However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

( )  The defendant shall make restitution to the following payees in the amounts listed below.

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| | | | |
| **TOTALS:** | $ _____ | $ _____ | |

( )  If applicable, restitution amount ordered pursuant to plea agreement.  $

( )  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

( )  The court determined that the defendant does not have the ability to pay interest and it is ordered that:
 ( )  The interest requirement is waived for the ( ) fine and/or  ( ) restitution.
 ( )  The interest requirement for the  ( ) fine and/or  ( ) restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 6

AO 245B (Rev. 12/03) Judgment in a Criminal Case: Sheet 5, Part B - Schedule of Payments

Defendant: **PREVO, ARLEASE**
Case Number: **04-00053-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   (X) Lump sum payment of $ __100.00__ due immediately, balance due

   ( ) not later than _____ , or ( ) in accordance with ( ) C, ( ) D, ( ) E or ( ) F below; or

B   ( ) Payment to begin immediately (may be combined with ( ) C, ( ) D, ( ) E or ( ) F below); or

C   ( ) Payment in ____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ (e.g., months or years), to commence ____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ( ) Payment in ____ (e.g., equal, weekly, monthly, quarterly) installments of $ ____ over a period of ____ (e.g., months or years), to commence ____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ( ) Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to ay at that time; or

F   ( ) Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )   **Joint** and Several:

( )   The defendant shall pay the cost of prosecution.

( )   The defendant shall pay the following court cost(s):

( )   The defendant shall **forfeit** the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.**

GFM/da

FILED IN OPEN COURT

MAR 2 2004

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 04-00053-CB |
| v. | * | USAO NO: 02R00482 |
| | * | |
| ARLEASE PREVO | * | VIOLATIONS:<br>18 USC § 922(g)(3)<br>21 USC § 844(a) |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

On or about August 13, 2000, in the Southern District of Alabama, Southern Division, the defendant,

**ARLEASE PREVO**

who is an unlawful user of and addicted to a controlled substance, namely, crack cocaine, did knowingly possess, in and affecting commerce, a loaded firearm, namely a North American Arms, .22 caliber five shot revolver, serial number Z14835 which had been previously shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(3).

### COUNT TWO

On or about August 13, 2000, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _____
Deputy Clerk
Date 5-2-06

## ARLEASE PREVO

did knowingly and intentionally possess approximately .6 grams of a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

A TRUE BILL

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

DAVID P. YORK
UNITED STATES ATTORNEY
by:

_____
George F. May
Assistant U.S. Attorney

_____
Gina S. Vann
Assistant U.S. Attorney
Chief, Criminal Division

MARCH 2004

CNFCG

# U.S. District Court
## Southern District of Alabama - District Version 2.5 (Mobile)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00053-CB-B-ALL
### Internal Use Only

Case title: USA v. Prevo                                    Date Filed: 03/25/2004

Assigned to: Senior Judge Charles R. Butler, Jr
Referred to: Magistrate Judge Sonja F. Bivins

**Defendant**

**Arlease Prevo** (1)                    represented by    **Carlos A. Williams**
                                                            Federal Defender's Office
                                                            Southern District of Alabama
                                                            2 South Water Street, 2nd Floor
                                                            Mobile, AL 36602
                                                            (251) 433-0910
                                                            Fax: (251) 433-0686
                                                            Email: carlos_williams@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender Appointment*

                                                            **K. Lyn Hillman**
                                                            Federal Defender's Office
                                                            Southern District of Alabama
                                                            2 S. Water St., 2nd Floor
                                                            Mobile, AL 36602
                                                            (251) 433-0910
                                                            Fax: 2514330686
                                                            Email: Lyn_Hillman@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community Defender Appointment*

                                                            **Kristen Gartman Rogers**
                                                            Federal Defender's Office
                                                            Southern District of Alabama
                                                            2 S. Water St., 2nd Floor
                                                            Mobile, AL 36602
                                                            (334) 433-0910

Certified to be a true and correct copy of the original. Charles R. Diard, Jr. U.S. District Court Southern District of Alabama By Claire Roberts Deputy Clerk Date 5·2·06

Fax: 2514330686
Email: kristen_rogers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

POSSESSION OF A FIREARM BY A DRUG ADDICT OR ILLEGAL DRUG USER
(1)

**Disposition**

Deft. sentenced to BOP for a term of 21 months w/ CRDTP and SRT 3 yrs with t/t subst. abuse. SA .00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

SIMPLE POSSESSION OF CRACK COCAINE
(2)

**Disposition**

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA                              represented by   **George F. May**
                                                  U.S. Attorney's Office
                                                  63 S. Royal St., Rm. 600
                                                  Mobile, AL 36602
                                                  (334) 441-5845
                                                  Fax: 2514415277
                                                  Email: george.may@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Richard H. Loftin**
                                                  U.S. Attorney's Office
                                                  63 S. Royal St., Rm. 600
                                                  Mobile, AL 36602
                                                  (334) 441-5845
                                                  Fax: 2514415277

Email: richard.loftin@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2004 | 1 | INDICTMENT as to Arlease Prevo (1) count(s) 1, 2. (Count 1 - Possession of a firearm by a drug addict or illegal drug user; Count 2 - Simple Possession of Crack Cocaine) (Attachments: # 1 Penalty Pages) (srr, ) (Entered: 03/26/2004) |
| 03/25/2004 | | ***Set CNFCG Flag as to Arlease Prevo (mab) (Entered: 04/06/2004) |
| 03/29/2004 | 2 | Praecipe for Warrant filed by USA as to Arlease Prevo (May, George) (Entered: 03/29/2004) |
| 03/30/2004 | 3 | Arrest Warrant Issued as to Arlease Prevo. (cwr, ) (Entered: 03/30/2004) |
| 05/06/2004 | 4 | Petition for Writ of Habeas Corpus ad prosequendum by USA as to Arlease Prevo. (Attachments: # 1 # 2)(May, George) (Entered: 05/06/2004) |
| 05/06/2004 | | MOTIONS as to Arlease Prevo REFERRED to Judge Lee re: 4 Petition for Writ of Habeas Corpus ad prosequendum (cwr, ) (Entered: 05/06/2004) |
| 05/06/2004 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Arlease Prevo (1). Signed by Judge Sonja F. Bivins on 5/6/04. (cwr, ) (Entered: 05/06/2004) |
| 05/06/2004 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Arlease Prevo for 5/19/04 Arraignment set for 5/19/2004 02:00 PM in Courtroom 1A before Magistrate Judge Kristi D. Lee. (cwr, ) (Entered: 05/06/2004) |
| 05/14/2004 | 7 | ORDER to produce Arlease Prevo to appear on 5/19/04 at 2:00 for Arraignment . Signed by Judge Kristi D. Lee on 5/14/04. (cwr, ) Additional attachment(s) added on 5/14/2004 (cwr, ). (Entered: 05/14/2004) |
| 05/19/2004 | 8 | CJA 23 Financial Affidavit by Arlease Prevo (mca, ) (Entered: 05/21/2004) |
| 05/19/2004 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER K. Lyn Hillman for Arlease Prevo . Signed by Judge Kristi D. Lee on 5/19/04. (mca, ) (Entered: 05/21/2004) |
| 05/19/2004 | | Minute Entry for proceedings held before Judge Kristi D. Lee :Initial Appearance as to Arlease Prevo held on 5/19/2004 (Tape #FTR.) (mca, ) (Entered: 05/21/2004) |
| 05/19/2004 | 10 | Order on Arraignment as to Arlease Prevo. Jury Selection set for 6/28/2004 08:45AM. Pretrial Motions due by 6/2/2004. Probation Conference set for 5/28/2004 9:30 AM. Pretrial Conference set for 6/10/2004 02:45 PM in Chambers before Magistrate Judge Kristi D. Lee.. Signed by Judge Kristi D. Lee on 5/19/04. (mca, ) (Entered: 05/21/2004) |

| | | |
|---|---|---|
| 05/19/2004 | ●11 | ORDER OF DETENTION PENDING TRIAL as to Arlease Prevo . Signed by Judge Kristi D. Lee on 5/19/04. (mca, ) (Entered: 05/21/2004) |
| 06/01/2004 | ●12 | MOTION to Suppress by Arlease Prevo. (Hillman, K.) (Entered: 06/01/2004) |
| 06/04/2004 | ●13 | NOTICE of filing exhibit one by Arlease Prevo re 12 MOTION to Suppress; ref to Judge Butler (srr, ) (Entered: 06/04/2004) |
| 06/04/2004 | ●14 | ORDER as to Arlease Prevo re 12 MOTION to Suppress filed by Arlease Prevo; Government is to file a response nlt 6/14/04; Responses due by 6/14/2004. Signed by Judge Charles R. Butler Jr. on 6/4/04. (mjn, ) (Entered: 06/04/2004) |
| 06/10/2004 | ●15 | Order on Pretrial Conference as to Arlease Prevo. Counsel for dft did not consent to jury selection by a Mag. Judge. Deft Conflicts: Counsel has personal conflict 7/28/04. Govt Conflicts: Counsel will be on personal leave 7/5-9/04 & requests trial setting for the last 2 weeks of the month. Jury Selection set for 6/28/2004 08:45AM. Jury trial to be set for the month of July 2004. Ett 1/2 day. Signed by Judge Kristi D. Lee on 6/10/04. (srr, ) (Entered: 06/14/2004) |
| 06/14/2004 | ●18 | RESPONSE to Motion by USA as to Arlease Prevo re 12 MOTION to Suppress (adk ) (Entered: 06/15/2004) |
| 06/15/2004 | ●16 | Report on Probation Office Conference as to Arlease Prevo (cwr, ) (Entered: 06/15/2004) |
| 06/15/2004 | ●17 | MOTION for Leave to File Documents by USA as to Arlease Prevo. Referred to Judge Butler(adk ) (Entered: 06/15/2004) |
| 06/21/2004 | ●19 | ORDER as to Arlease Prevo re 12 MOTION to Suppress filed by Arlease Prevo Motion Hearing set for 6/24/2004 10:00 AM in Courtroom 5A before Judge Charles R. Butler Jr. Signed by Judge Charles R. Butler Jr. on 6/21/04. (adk ) (Entered: 06/21/2004) |
| 06/24/2004 | ● | Minute Entryfor proceedings held before Judge Charles R. Butler Jr.:Motion Hearing as to Arlease Prevo held on 6/24/2004 re 12 MOTION to Suppress filed by Arlease Prevo (Court Reporter Eddie Howard.) (adk) (Entered: 06/24/2004) |
| 06/24/2004 | ●20 | ENDORSED ORDER granting 17 Motion for Leave to File as to Arlease Prevo (1). Signed by Judge Charles R. Butler Jr. on 6/24/04. (adk, ) (Entered: 06/24/2004) |
| 06/24/2004 | ●21 | ORDER denying 12 Motion to Suppress as to Arlease Prevo (1). Signed by Judge Charles R. Butler Jr. on 6/24/04. (adk) (Entered: 06/24/2004) |
| 06/24/2004 | ●23 | PLEA AGREEMENT as to Arlease Prevo with factual resume (adk ) (Entered: 07/07/2004) |
| 06/28/2004 | ● | Minute Entry for proceedings held before Judge Charles R. Butler Jr.:Change of Plea Hearing as to Arlease Prevo held on 6/28/2004 (Court Reporter Eddie Howard.) (adk ) (Entered: 06/28/2004) |

| | | |
|---|---|---|
| 07/01/2004 | 22 | Arrest Warrant Returned Executed on 5/12/04. as to Arlease Prevo. (cwr, ) (Entered: 07/01/2004) |
| 07/13/2004 | 24 | Order on Guilty Plea entered by Arlease Prevo (1) Guilty Count 1. Court Reporter Eddie Howard Sentencing reset for 9/29/2004 09:00 AM in Courtroom 5A before Judge Charles R. Butler Jr. Presentence Investigation Report due 8/25/2004. Position with Respect to Sentencing Factors due 9/15/2004. Signed by Judge Charles R. Butler Jr. on 7/13/04. (adk ) (Entered: 07/13/2004) |
| 08/25/2004 | 25 | *SEALED*   Criminal Fine Improvments Sheet as to Arlease Prevo (bpf) (Entered: 08/25/2004) |
| 09/01/2004 | 26 | POSITION regarding sentencing factors filed by USA as to Arlease Prevo without objections (May, George) (Entered: 09/01/2004) |
| 09/23/2004 | 27 | *SEALED*   PRESENTENCE INVESTIGATION REPORT and Sentencing Recommendation as to Arlease Prevo. (Placed in sealed file) (Attachments:, # 1 Addendum, # 2 Recommendation)(bpf) (Entered: 09/23/2004) |
| 09/29/2004 |  | Minute Entry for proceedings held before Judge Charles R. Butler Jr.:Sentencing held on 9/29/2004 for Arlease Prevo (1), Count(s) 1, Deft. sentenced to BOP for a term of 21 months w/ CRDTP and SRT 3 yrs with t/t subst. abuse. SA $100.00; Count(s) 2, Dismissed. (Court Reporter Eddie Howard.) (adk) (Entered: 09/29/2004) |
| 10/07/2004 | 28 | JUDGMENT as to Arlease Prevo (1), Count(s) 1, Deft. sentenced to BOP for a term of 21 months w/ CRDTP and SRT 3 yrs with t/t subst. abuse. SA $100.00; Count(s) 2, Dismissed . Signed by Judge Charles R. Butler Jr. on 10/7/04. (srr, ) (Entered: 10/08/2004) |
| 10/14/2004 | 29 | NOTICE OF APPEAL by Arlease Prevo re 21 Order on Motion to Suppress Filing fee $ 255. (Hillman, K.) (Entered: 10/14/2004) |
| 10/14/2004 |  | Transmission of Notice of Appeal and Docket Sheet as to Arlease Prevo to US Court of Appeals. Related Documents: 9 Order Appointing Public Defender, 21 Order on Motion to Suppress. Other Appeals: None. Judge Appealed: Charles R. Butler, Jr. Court Reporter: Eddie Howard. Fee Paid: Not applicable. Pending COA/IFP: No. (lsw) (Entered: 10/14/2004) |
| 10/22/2004 | 30 | TRANSCRIPT INFORMATION FORM as to Arlease Prevo filed by FDO attorney Kristen Gartman Rogers, requesting transcripts for proceedings as follows: 6/24/04 Motion Hearing, 6/28/04 Guilty Plea Hearing, and 9/29/04 Sentencing Hearing before Judge Charles R. Butler, Jr., copy of this entry to Court Reporter Eddie Howard, re 29 Notice of Appeal - Order. USCA Case Number Unknown. (lsw) (Entered: 10/22/2004) |
| 10/22/2004 |  | USCA Case Number as to Arlease Prevo 04-15310-D for 29 Notice of Appeal - Order filed by Arlease Prevo. (lsw) (Entered: 10/22/2004) |
| 10/28/2004 | 31 | NOTICE OF ATTORNEY APPEARANCE Richard H. Loftin appearing for USA. (Loftin, Richard) (Entered: 10/28/2004) |

| | | |
|---|---|---|
| 12/03/2004 | | USCA letter as to Arlease Prevo: 10% discount required for Eddie Howard filing 6/24/04 Motion Hearing, 6/28/04 Guilty Plea Hearing, and 9/29/04 Sentencing Hearing transcripts after 12/22/04. (lsw) (Entered: 12/03/2004) |
| 01/13/2005 | | USCA letter as to Arlease Prevo: 20% discount required for Eddie Howard filing 6/24/04 Motion Hearing, 6/28/04 Guilty Plea Hearing, and 9/29/04 Sentencing Hearing transcripts after 1/21/05. Copy to Chief Deputy Betty Turner. (lsw) (Entered: 01/13/2005) |
| 01/18/2005 | 33 | TRANSCRIPT filed as to Arlease Prevo for dates of 6/24/04 Motion to Suppress before Judge Charles R. Butler, Jr., re 29 Notice of Appeal - Order Court Reporter: Edwin J. Howard. USCA Case Number 04-15310-D. Notice of Transcript Redaction to be filed by 1/25/2005. Statement of Transcript Redaction to be filed with Court Reporter by 2/9/2005. (lsw) Attachment # 1 Pilot Project Notice. (Entered: 01/20/2005) |
| 01/18/2005 | 34 | TRANSCRIPT filed as to Arlease Prevo for dates of 6/28/04 Guilty Plea before Judge Charles R. Butler, Jr., re 29 Notice of Appeal - Order Court Reporter: Edwin J. Howard. USCA Case Number 04-15310-D. Notice of Transcript Redaction to be filed by 1/25/2005. Statement of Transcript Redaction to be filed with Court Reporter by 2/9/2005. (lsw) Attachment # 1 Pilot Project Notice. (Entered: 01/20/2005) |
| 01/18/2005 | 35 | TRANSCRIPT filed as to Arlease Prevo for dates of 9/29/04 Sentencing before Judge Charles R. Butler, Jr., re 29 Notice of Appeal - Order Court Reporter: Edwin J. Howard. USCA Case Number 04-15310-D. Certificate of Readiness due by 2/1/2005. Notice of Transcript Redaction to be filed by 1/25/2005. Statement of Transcript Redaction to be filed with Court Reporter by 2/9/2005. (lsw) Attachment # 1 Pilot Project Notice. (Entered: 01/20/2005) |
| 02/01/2005 | 36 | CERTIFICATE OF READINESS as to Arlease Prevo transmitted to 11th Circuit re: 29 Notice of Appeal - Order. ROA consists of 1 volume of pleadings, 3 volumes of transcripts, and 1 sealed folder of exhibits. Copies to FDO attorneys Lyn Hillman, Kristen Gartman Rogers, and Carlos A. Williams, and USA attorney Richard H. Loftin. USCA Case Number 04-15310-D. (lsw) Additional attachment(s) added on 2/24/2005 (lsw, ). (Entered: 02/01/2005) |
| 02/10/2005 | | Terminate Deadlines and Hearings as to Arlease Prevo: Notice of Transcript Redaction ddl and Statement of Transcript Redaction ddl TERMINATED. (lsw) (Entered: 02/10/2005) |
| 03/31/2005 | | Certified and Transmitted Record on Appeal as to Arlease Prevo to US Court of Appeals re 29 Notice of Appeal - Order, consisting of 1 volume of pleadings, 3 volumes of transcripts, and 1 sealed folder of exhibits. USCA Case Number 04-15310-DD. (lsw) (Entered: 03/31/2005) |
| 02/13/2006 | 37 | MANDATE of USCA (certified copy) issued 2/9/06 as to Arlease Prevo re 29 Notice of Appeal - Order. The search of Prevo's car was reasonable, as set out; and the judgment of conviction, which was conditioned on the correctness of the order denying the motion to suppress, is AFFIRMED, |

|            |     |                                                                                                                                                                                                                                                                                                      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | as further set out. USCA case number 04-15310-DD. (lsw) (Entered: 02/14/2006)                                                                                                                                                                                                                         |
| 02/13/2006 |     | Appeal Record Returned as to Arlease Prevo re: 29 Notice of Appeal - Order, consisting of 1 volume of pleadings, 3 volumes of transcripts, and 1 SEALED folder of exhibits. USCA Case Number 04-15310-DD. (lsw) (Entered: 02/14/2006)                                                                 |
| 04/05/2006 | 38  | Petition/Order filed by Probation modifying conditions of SRT - RECOMMENDED BY PROBATION AND APPROVED BY COURT THAT DEFT. RESIDE AT A CCC AS SET OUT; DEFT'S WAIVER ATTACHED; . Signed by Judge Charles R. Butler Jr. on 4/4/06. (cwr, ) (Entered: 04/06/2006)                                        |
| 04/27/2006 | 39  | Probation Jurisdiction Transferred to Middle Dist. of Alabama as to Arlease Prevo Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr, ) (Entered: 05/02/2006)                                                                            |