UNITED STATES GOVERNMENT

# MEMORANDUM

<u>TO</u>:

<u>REPLY TO</u>
<u>ATTN OF</u>:   Sandra G. Wood
Senior U. S. Probation Officer

<u>SUBJECT</u>:   **ARLEASE PREVO**
**DOCKET NO. 04-00053-001**
**TRANSFER OF JURISDICTION REQUEST**

<u>DATE</u>:   April 17, 2006

**COURT HISTORY**:

On September 29, 2004, the above-referenced individual was sentenced in the Southern District of Alabama, by the Honorable Charles R. Butler, Jr., for the offense of Possession of a Firearm by a Drug User or Addict, in violation of 18 U.S.C. § 922(g)(3), a Class C felony. Prevo was sentenced to the custody of the Bureau of Prisons for a term of 21 months, to be followed by three years supervised release.

**SUPERVISION HISTORY**:

Prevo was released from custody on April 3, 2006, to begin her term of supervised release. She has recently obtained employment at the Guest House Suites, in Montgomery, and is currently looking for independent housing.

**RECOMMENDATION**:

It is recommended that jurisdiction of this case be accepted by this district. If Your Honor concurs with this recommendation, please sign Part 2 of the attached Probation Form 22.

Respectfully submitted,

/s/ Sandra G. Wood
Sandra G. Wood
Senior U. S. Probation Officer

SGW/aje

attachment

April 15, 2005
Page Two

<u>SUBJECT</u>:     **ARLEASE PREVO**
              **DOCKET NO. 04-00053-001**
              <u>**TRANSFER OF JURISDICTION REQUEST**</u>

**Approved by:**

　　/s/ Scott Wright
Scott Wright
Supervising U.S. Probation Officer

　　　　　　　　　　　　　　　　　　　　　**APPROVED:**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge/Date

　　　　　　　　　　　　　　　　　　　　　**DISAPPROVED:**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge/Date

　　　　　　　　　　　　　　　　　　　　　**COMMENTS:**_____
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　_____