UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CR. NO. 2:06CR128-MEF** |
| | ) | |
| | ) | |
| **ARLEASE PREVO** | ) | |

**O R D E R**

With good cause and based upon the recommendation of the United States Probation Officer, the above-named defendant is ordered released from the Community Corrections Facility in which she has been placed.

**DONE** this ___ day of _____, **2006**.

_____
MARK E. FULLER
CHIEF U. S. DISTRICT JUDGE