IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-128-MEF |
| | ) | (WO) |
| ARLEASE PREVO | ) | |

# **O R D E R**

Upon consideration of the recommendation of the United States Probation Office, it is hereby

ORDERED that the above-named defendant is released from the Community Corrections Facility in which she has been placed.

DONE this 26th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE